516 A.2d 672

**Ronald and Frances GAJKOWSKI, etc., Petitioners,**

**v.**

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, etc., Respondents.**

Supreme Court of Pennsylvania.

Oct. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 128 E.D. Appeal Docket 1986.